IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**CINDI DEGEYTER, individually,**
**and on behalf of all others**
**similarly situated,**

      Plaintiff,

CASE NO. 4:21-CV-00467

v.

**RESOURCE MARKETING**
**CORPORATION, LLC,**

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF CINDI DEGEYTER'S CLAIMS

Under Rule 41 of the Federal Rules of Civil Procedure, the Parties stipulate to and request the dismissal with prejudice of all Cindi Degeyter's claims in this action. Each party will bear its own attorney's fees and costs.

| | |
|---|---|
| /s *Avi Kaufman* | /s *C. Bryce Benson* |
| **Avi R. Kaufman** | **C. Bryce Benson** |
| Admitted Pro Hac Vice | Texas Bar No. 24031736 |
| **KAUFMAN, P.A.** | **AKERMAN LLP** |
| 400 NW 26th Street | 2001 Ross Avenue, Suite 3600 |
| Miami, Florida 33127 | Dallas, Texas 75201 |
| kaufman@kaufmanpa.com | bryce.benson@akerman.com |
| Phone: 305.469.5881 | Phone: 214.720.4300 |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |