United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDI DEGEYTER, <br><br> Plaintiff, <br> VS. <br><br> RESOURCE MARKETING CORPORATION, LLC. <br><br> Defendants. | § § § § § § § § § CIVIL ACTION NO. 4:21-CV-467 |

## ORDER OF DISMISSAL

Came on for consideration the parties' Joint Stipulation of Dismissal with prejudice of Cindi Degeyter's Claims (Dkt. 18) and the Joint Stipulation of Dismissal with prejudice of the Counterclaims (Dkt. 19) pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims and counterclaims asserted by Plaintiff Cindi Degeyter and Defendant Resource Marketing Corporation, LLC. are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

SIGNED at Houston, Texas, this 11th day of August, 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE